Argued June 20, affirmed June 20, 1972

STATE OF OREGON, *Respondent, v.* THERELL
TYRONE DAVIS (No. C-70-12-0984), *Appellant.*

498 P2d 390

*Ken C. Hadley,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*John H. Clough,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on the
brief were Lee Johnson, Attorney General, and John
W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
FOLEY, Judges.